bef

# United States District Court
## Western District of Texas
## El Paso Division

INITIAL APPEARANCE / PLEA AND SENTENCE

**Case Number: EP:19-M -08071(1) MAT**

DEFENDANT'S NAME: Fernando Vasconcelos Da Silva

ATTY FOR DEFENDANT: Damian Ryan George Rasmussen

JUDGE: Miguel A. Torres
DEPUTY CLERK: Rita R Velez
COURT REPORTER: ERO
DATE: 08/26/2019

AUSA: John Gans
INTERPRETER: X Yes ☐ No
PROBATION:
PRETRIAL OFFICER:
TIME: ___ Minutes    3:32 - 4:20

| PROCEEDINGS | DFT NO. | [DftNo1] | [DftNo2] |
|---|---|---|---|
| X  INITIAL APPEARANCE HELD | | X | |
| X  ARRAIGNMENT HELD | | X | |
| X  DFT INFORMED OF RIGHTS/oral consent to plea | | X | |
| X  GUILTY  DEFT [DftNo1]  COUNT(S): COMPLAINT | | | |
| X  GUILTY PLEA ACCEPTED BY THE COURT | | X | |
| ☐  Information Filed On _____ | | | |
| ☐  Motion to Dismiss Complaint filed on _____ | | | |
| ☐  Court Grants Motion to Dismiss on _____ | | | |
| ☐  Order Dismissing Complaint entered on _____ | | | |
| ☐  Oral Motion by AUSA to Remit Special Assessment | | X | |
| ☐  Oral Order Granting Oral Motion to Remit Special Assessment | | X | |

X  SENTENCING HELD: Defendant sentenced to **Time Served  plus one day; No Fine; S/A REMITTED.**

**OTHER:**

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
08/26/2019
Clerk, U.S. District Court
Western District of Texas

By: __RRV__
Deputy

| | |
|---|---|
| USA | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:19-M -08071(1) - MAT |
|  | § |
| (1) FERNANDO VASCONCELOS DA SILVA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **08/21/2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The Defendant, Fernando VASCONCELOS DA SILVA, an alien to the United States and a citizen of Brazil , illegally entered the United States from the Republic of Mexico on August 21, 2019 by crossing the Rio Grande River approximately 3.29 miles west of the Paso Del Norte Port of Entry in El Paso, Texas, which is located in the Western District of Texas. The place where the Defendant entered is not designated as a port of entry by immigration officers."*

Continued on the attached sheet and made a part of hereof:   **X** Yes   ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Rodriguez, Luis Enrique
Border Patrol Agent

08/26/2019                                                at   EL PASO, Texas
File Date                                                      City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

WESTERN DISTRICT OF TEXAS

(1) FERNANDO VASCONCELOS DA SILVA

FACTS  (CONTINUED)

The Defendant, Fernando VASCONCELOS DA SILVA, an alien to the United States and a citizen of Brazil , illegally entered the United States from the Republic of Mexico on August 21, 2019 by crossing the Rio Grande River approximately 3.29 miles west of the Paso Del Norte Port of Entry in El Paso, Texas, which is located in the Western District of Texas. The place where the Defendant entered is not designated as a port of entry by immigration officers.


Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE

# United States District Court
## Western District of Texas
## El Paso Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | No: EP:19-M -08071(1) |
| § | |
| **(1) FERNANDO VASCONCELOS DA SILVA** § | |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Damian Ryan George Rasmussen, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 26th day of August, 2019.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA § | |
| § | |
| vs. § | Case Number: EP:19-M -08071(1) |
| § | |
| (1) FERNANDO VASCONCELOS DA SILVA § | |

**ORDER SETTING MISDEMEANOR ARRAIGNMENT/PLEA & SENTENCE**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set before the **HONORABLE U.S. MAGISTRATE MIGUEL A. TORRES** for **MISDEMEANOR ARRAIGNMENT/PLEA & SENTENCE**, **August 26, 2019 at 02:30 PM** in **Magistrate Courtroom, Room 712.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this **08/26/2019.**

_____
**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**

(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

FILED
08/26/2019
Clerk, U.S. District Court
Western District of Texas

By: _____RRV_____
Deputy

UNITED STATES OF AMERICA §
§ CASE NUMBER: EP:19-M -08071(1) - MAT
vs. § USM Number:
§
(1) FERNANDO VASCONCELOS DA SILVA §

Defendant.

### JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Fernando Vasconcelos Da Silva, was represented by counsel, Damian Ryan George Rasmussen.

The defendant pled guilty to the complaint on August 26, 2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | August 21, 2019 |

As pronounced on August 26, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served plus one day.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed this the 26th day of August, 2019.

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE